UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:25-cr-00086 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| KELLEY FINNEY | : | MAGISTRATE JUDGE LEBLANC |

### REPORT AND RECOMMENDATION ON FELONY
### GUILTY PLEA BEFORE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure [doc. 3].

This cause came before the undersigned U. S. Magistrate Judge on April 14, 2025, at which time the defendant expressed a desire to waive her right to plead guilty before a District Judge and enter into a plea before the U. S. Magistrate Judge. Defendant indicated on the record her desire to consent to proceed before the undersigned and executed a waiver. Defendant was at all times represented by counsel, Aaron Albert Adams.

After said hearing and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that her plea of guilty is knowing and voluntary, that her guilty plea to Counts One and Two of the Bill of Information is fully supported by the written factual basis acknowledged by defendant orally in court and by her signature on the written document. This factual basis supports each essential element of each of the offenses to which the defendant pled.

Therefore, the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, KELLEY FINNEY, and that she be finally adjudged guilty of the offenses charged in Counts One and Two of the Bill of Information.

Sentencing is set for July 10, 2025, at 1:30 p.m., before the Honorable James David Cain, Jr. in Lake Charles, Louisiana. Defendant's presentencing memorandum is due 14 days before the sentencing hearing, and any response by the government is due 7 days thereafter.

Defendant is released subject to an Appearance Bond and other conditions of release as set forth in the Order Setting Conditions of Release entered herein.

THUS DONE AND SIGNED in Chambers this 14th day of April, 2025.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE